PROB 12B
(7/93)

# United States District Court

## for

## District of New Jersey

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Gonzalez-Velez, Marisella                                      Cr.: 01-Cr 00250-001

Name of Sentencing Judicial Officer: Joseph A. Greenaway

Date of Original Sentence: 07/22/02

Original Offense: Importation of Cocaine

Original Sentence: 70 months Imprisonment; 5 years Supervised Release

Type of Supervision: Supervised Release                   Date Supervision Commenced: 04/21/06

## PETITIONING THE COURT

[ ]   To extend the term of supervision for          Years, for a total term of          Years.
[X]   To modify the conditions of supervision as follows. The addition of the following special condition(s):

The offender shall contribute 40 hours of community service work over a period of one year or less, from the date of this Order. Such service shall be without compensation, with the specific work placement to be approved by the U.S. Probation Office.

The offender shall participate in any training and employment programs deemed appropriate by the probation office.

During any unemployed period, the offender must perform 20 hours of community service per week.

## CAUSE

The offender has made poor progress in her search for gainful employment and has not participated in training as directed by the U.S. Probation Office.

Respectfully submitted,

By: Leslie M. Vargas
U.S. Probation Officer
Date: 03/04/08

PROB 12B - Page 2
Gonzalez-Velez, Marisella

THE COURT ORDERS:

[ ✓ ] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

3-18-08
_____
Date